1   ~~ANDRÉ BIROTTE JR.~~
    ~~United States Attorney~~
2   ~~LEON W. WEIDMAN~~
    ~~Assistant United States Attorney~~
3   ~~Chief, Civil Division~~
    ~~TOVA D. WOLKING, CSBN 259782~~
4   ~~Special Assistant United States Attorney~~
           ~~Social Security Administration, Region IX~~
5           ~~160 Spear Street, Suite 800~~
           ~~San Francisco, California 94105~~
6           ~~Telephone:  (415) 977-8980~~
           ~~Facsimile:  (415) 744-0134~~
7           ~~E-Mail: Tova.Wolking@ssa.gov~~
    ~~Attorneys for Defendant~~

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12  JUAN F. RODRIGUEZ,            )      No.: 09-cv-2035-AN
                                  )
13         Plaintiff,             )      ~~[PROPOSED]~~
                                  )      JUDGMENT
14         v.                     )
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
16                                )
           Defendant.             )
17  _____)

18
        The Court having approved the parties' stipulation to reopen this case for the
19
    purpose of entering judgment affirming the Commissioner's decision awarding
20
    benefits to Plaintiff.
21

22

23  DATED: December 11, 2012
                                    _____
24                                  HONORABLE ARTHUR NAKAZATO
                                    United States Magistrate Judge
25

26

27

28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                    DEPUTY