1  ~~ANDRÉ BIROTTE JR.~~
   ~~United States Attorney~~
2  ~~LEON W. WEIDMAN~~
   ~~Assistant United States Attorney~~
3  ~~Chief, Civil Division~~
   ~~TOVA D. WOLKING, CSBN 259782~~
4  ~~Special Assistant United States Attorney~~
        ~~Social Security Administration, Region IX~~
5       ~~160 Spear Street, Suite 800~~
        ~~San Francisco, California 94105~~
6       ~~Telephone: (415) 977-8980~~
        ~~Facsimile: (415) 744-0134~~
7       ~~E-Mail: Tova.Wolking@ssa.gov~~
   ~~Attorneys for Defendant~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN F. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No.: 09-cv-2035-AN<br><br>[~~PROPOSED~~]<br>JUDGMENT |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment affirming the Commissioner's decision awarding benefits to Plaintiff.

DATED: December 11, 2012

_____
HONORABLE ARTHUR NAKAZATO
United States Magistrate Judge